# Court of Appeals of the State of Georgia

ATLANTA, _December 02, 2021_

*The Court of Appeals hereby passes the following order:*

**A22E0019. PERMIAKOVA v. BELCHER.**

Aliona Permikova filed a notice of appeal from a trial court's summary judgment order and has also filed an emergency motion requesting that this court stay an eviction and cancellation of lis pendens. But the notice of appeal "shall serve as supersedeas upon payment of all costs in the trial court by the appellant. See OCGA § 5-6-46." Court of Appeals Rule 40 (a). Moreover, Permikova has failed to show that exercise of our emergency motion power is "necessary to preserve jurisdiction of [the] appeal or to prevent the contested issue from becoming moot." Court of Appeals Rule 40 (b). The emergency motion is therefore denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_12/02/2021_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*